

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TENET HOSPITALS LIMITED, A TEXAS LIMITED PARTNERSHIP D/B/A PROVIDENCE MEMORIAL HOSPITAL, | § § § § | No. 08-13-00290-CV<br><br>Appeal from the<br><br>168th District Court |
| Appellant, | § | of El Paso County, Texas |
| v. | § | (TC# 2012-DCV-03529) |
| LUZ DE LA ROSA AND GILBERT DE LA ROSA, | § | |
| Appellees. | § § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's order denying Appellant's motion to dismiss. We therefore affirm the order of the court below denying Appellant's motion to dismiss. We further order that Appellees recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JUNE, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge), sitting by assignment, not participating